UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>*Giglio v. Monsanto*, 3:16-cv-05658-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 71:<br>MOTION TO AMEND PRETRIAL<br>ORDER 50 FOR *GIGLIO V. MONSANTO*** |

Monsanto is ordered to take Giglio's deposition within 28 days of this order. After the first bellwether trial, the Court will set a case management conference to determine a pretrial schedule for the Group 2 cases, which include *Giglio v. Monsanto*.

**IT IS SO ORDERED.**

Date: February 6, 2019

_____
Honorable Vince Chhabria
United States District Court