**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
*aimee.wagstaff@andruswagstff.com*
David J. Wool (SBN 324124)
*david.wool@andruswagstaff.com*
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: 303-376-6360

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
*john@gomeztrialattorneys.com*
Ahmed S. Diab (SBN 262319)
*adiab@gomeztrialattorneys.com*
Kristen K. Barton (SBN 303228)
*kbarton@gomeztrialattorneys.com*
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL RICHARD GIGLIO, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY and JOHN DOES 1-50<br><br>Defendants. | **Case No. 3:16-cv-05658-VC**<br><br>**PLAINTIFF EMANUEL RICHARD GIGLIO'S RENEWED NOTICE OF MOTION AND MOTION TO AMEND PTO 50**<br><br>Hearing Date:   May 22, 2019<br>Hearing Time:  10:00 am<br>Judge:          Hon. Vincent Chhabria<br>Courtroom:      4, 17th Floor |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 22, 2019, at 10:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Vince Chhabria of the United States District Court, Northern District of California, San Francisco Courthouse, Courtroom 4, 17th Floor, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff Emmanuel Richard Giglio ("Plaintiff") will and hereby does move this Court for an order to amend Pre-Trial Order No. 50 ("PTO 50") only as to the moving plaintiff to allow for limited discovery to occur in his case.

Plaintiff's motion is based on this notice, the accompanying memorandum of points and authorities, the Declaration of John H. Gomez, and any additional argument and evidence the Court may consider.

Dated: April 15, 2019

Respectfully submitted,

By: /s/ John H. Gomez
John H. Gomez, Esq.
Ahmed S. Diab, Esq.
Kristen K. Barton, Esq.
**GOMEZ TRIAL ATTORNEYS**
john@thegomezfirm.com
adiab@thegomezfirm.co
kbarton@thegomezfirm.com

By: /s/ Aimee H. Wagstaff
Aimee H. Wagstaff, Esq.
David J. Wool, Esq.
**ANDRUS WAGSTAFF, PC**
Aimee.wagstaff@andruswagstaff.com
David.Wool@andruswagstaff.com